# EXHIBIT A

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101 and 107**

## United States Patent and Trademark Office

**Reg. No. 2,434,754**

Registered Mar. 13, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

# KIDSHEALTH

NEMOURS FOUNDATION, THE (FLORIDA COR-
PORATION)
1650 PRUDENTIAL DRIVE
SUITE 300
JACKSONVILLE, FL 32207

FOR: DEVELOPMENT AND DISSEMINATION
OF EDUCATIONAL MATERIALS IN THE FIELD
OF MEDICINE AND HUMAN WELFARE, IN CLASS
41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-15-1996; IN COMMERCE 4-15-1996.

OWNER OF U.S. REG. NO. 2,200,754.

SEC. 2(F).

SER. NO. 75-761,441, FILED 7-27-1999.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,200,754

Registered Oct. 27, 1998

## TRADEMARK
### SUPPLEMENTAL REGISTER



NEMOURS FOUNDATION, THE (FLORIDA CORPORATION)
1650 PRUDENTIAL DRIVE
SUITE 300
JACKSONVILLE, FL 32207

FOR: PRE-RECORDED VIDEOTAPES AND AUDIOTAPES FEATURING EDUCATIONAL MATTER IN THE FIELD OF CHILDREN'S PHYSICAL AND PSYCHOLOGICAL HEALTH , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-1-1997; IN COMMERCE 5-1-1997.
THE DRAWING IS LINED FOR THE COLORS VIOLET, PURPLE, BLUE, TEAL, GREEN, YELLOW, APRICOT, AND ORANGE. COLOR IS CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 75-297,314, FILED P.R. 5-23-1997; AM. S.R. 7-2-1998.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,608,467

Registered Aug. 20, 2002

## SERVICE MARK
## PRINCIPAL REGISTER

# KIDSHEALTH.ORG

NEMOURS FOUNDATION, THE (FLORIDA CORPORATION)
1650 PRUDENTIAL DRIVE
SUITE 300
JACKSONVILLE, FL 32207

FOR: DEVELOPMENT AND DISSEMINATION OF EDUCATIONAL MATERIALS IN THE FIELD OF MEDICINE AND HUMAN WELFARE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-15-1996; IN COMMERCE 4-15-1996.

OWNER OF U.S. REG. NO. 2,434,754.

SEC. 2(F).

SER. NO. 75-761,686, FILED 7-27-1999.

EDWARD NELSON, EXAMINING ATTORNEY

# EXHIBIT B

Start a domain search: [          ] com [GO!]    ↳ 24/7 Sales & Support: (480)505-8877    ↳ Hot

**Go Daddy®**
Make a .com
name with us!®

**BobParsons**
NEW - GoDa
See ALL her '
Plus outtakes

| Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions |

## WHOIS
### Search Results for:

**Search Again**
☑ Enter a Domain Name to Chec
[                    ] .CO

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
CWC

216 7th Avenue, 2C
New York, New York 10011
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: KIDSHEALTHMATTERS.ORG
Created on: 23-Jun-05
Expires on: 23-Jun-07
Last Updated on: 18-Oct-06

Administrative Contact:
Bess, David david_bess@hotmail.com
CWC
216 7th Avenue, 2C
New York, New York 10011
United States
(212) 206-8500

Technical Contact:
Bess, David david_bess@hotmail.com
CWC
216 7th Avenue, 2C
New York, New York 10011
United States
(212) 206-8500

☑ **Available TLDs**

☐ KIDSHEALTHMATTER:
   INFO
☐ KIDSHEALTHMATTER:
   NAME

☑ **You might also**

☐ KIDSHEALTHMATTER:
   INE. COM
☐ ONLINEKIDSHEALTHM
   ERS. COM
☐ KIDSHEALTHMATTER:
   E. NET
☐ HOMEKIDSHEALTHMA
   S. NET
☐ KIDSHEALTHMATTER:
   ORG
☐ SITEKIDSHEALTHMAT
   ORG
☐ KIDSHEALTHMATTER:
   INFO
☐ WEBKIDSHEALTHMAT
   INFO
☐ KIDSHEALTHMATTER:
   BIZ
☐ LIVEKIDSHEALTHMAT
   BIZ
☐ KIDSHEALTHMATTER:
   G. US

**CHS - Occupational He**
National Provider of Occ
and Wellness Programs
www.chsmedical.com

**Employee Health Scree**
Nation's Leading Provide
Screenings and Wellnes:
www.RetailHealth.com

**Health Education**
Searching for health edu

Domain servers in listed order:
NS.MAINNAMESERVER.COM
NS2.MAINNAMESERVER.COM

Registry Status: CLIENT DELETE PROHIBITED
Registry Status: CLIENT RENEW PROHIBITED
Registry Status: CLIENT TRANSFER PROHIBITED
Registry Status: CLIENT UPDATE PROHIBITED

See Underlying Registry Data
Report Invalid Whois

health education guide.
HealthEducationInfo.com

**Natural Women's Healt**
Health articles from a ho
Guided home program.
www.womentowomen.co

**Fun Parenting Style Qu**
Find out what Type of Pa
this Fun and Simple Qui.
www.AreYouASlackerMc

**Are You a Happy Perso**
This free PhD Certified T
happy you really are!
www.chatterbean.com

**End Yeast Infections**
Important for a Woman's
Just an Order Away!
www.NewLifeVitamins.co

**10 Diet Rules That Wor**
Lose 9 Lbs Every 11 Day
Easy Rules of Dieting & I
FatLoss4Idiots.com

**Health Video**
Patient Education w/ 37C
Videos. Request a Free I
www.wired.MD

**Healthy Kids Drink**
Florida orange juice - yo
vitamins and nutrients.
www.FloridaJuice.com

▸  **24/7 Sales and Support: (480) 505-8877**    ▸    **Billing Questions? Call (480)505-8855**    | Free Email Updates! Enter a

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Reselle

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



# EXHIBIT C



www.kidshealthmatters.org

# KIDS' HEALTH *matters*

SPRING / SUMMER 2006

Pediatric
NATIONAL
ASSOCIATION OF Nurse
Practitioners

## FIRST AID
5 COMMON INJURIES SOLVED

## SNACK ATTACK
HEALTHY OPTIONS TO BOOST ENERGY

## SMARTEN UP
4 WAYS TO AVOID THE SUMMER BRAIN DRAIN

# FUN in the SUN
**HOW TO PLAY IT SAFE OUTDOORS**

In association with
AstraZeneca

**SUPER SAVINGS SEE COUPONS INSIDE!**

FAITH matters

Pediatric Health Care
Advisory Panel
Terri Giannetta MSN,
RN CPNP (Chair)
Ann Sheehan MA, CPNP
Victoria Weill MSN,
RN, CS, CPNP

NAPNAP Staff
Joe Casey, BA
Karen Kelly Thomas, PhD, RN
Karin Altenbernd, Consultant

Managing Editor
Jo Schutz

Sub-editor
Isobel Clark

Art Director
Sally Laver

Senior Designer
Mark Evans

Web Designer
Nick Castle

Picture Editor
Beverley Ballard

Production Manager
Lucy Grove

Executive Vice President
& Sales Director
Neil Agble

Vice President,
Business Development
Julia Molino

Financial Controller (US)
Betty Jennings

Group CEOs
Sean Cleary & Oren Wolf

Group CFO
James Ward

Published by
CW Communications Inc
500 Fifth Avenue
Suite 1350 New York
New York, 10110
Tel: (646) 274-7772
Fax: (646) 274-7273
www.cwcomms.com

Printed in the US by
Fry Way Press Inc
Tel: (502) 454-0431

Color origination by
F1 Colour
Tel: +44 (0)20 7620 0644

Paper supplied by
P3 Paper
Tel: +44 (0)1372 376133

Cover Image
Getty Images

©2006 CW Publishing Group
©2006 NAPNAP

CW Publishing Group is the trading
name for CW Communications Inc.

cwpublishinggroup

**5** FOREWORD
by Jo Ann Serota, President of the
National Association of Pediatric
Nurse Practitioners

**7** SNACK RIGHT
It's inevitable that children will snack,
but you can choose healthy options
to keep them going and growing

**12** TO THE RESCUE
Follow this homecare guide and be
in the know when helping your
children cope with life's
little emergencies

**22** SMARTER IDEAS
School's out for summer – and that can
often mean the onset of brain drain.
Here's how to help your kids stick
to a healthy schedule

**28** THE GREAT OUTDOORS
Summertime's warmer weather is
the perfect time to head outdoors
for some fun with your kids,
but think safety first

**36** PUBERTY BLUES
Being a teenager is tough ... Living with
one can be even tougher. Here's how to
get a grip on their changing needs

**47** BLESS YOU!
Allergies needn't have a negative impact
on everyday life – just do your research
and stick to a good plan

**50** PLAY BALL
Regular exercise makes for healthier
and happier children, so take the
lead and get active

**56** HAPPY CAMPERS
Choosing the right program can make or
break your child's camp experience. Here
are some tips on making the decision

**60** BREATHE EASY
Find out how your child can enjoy a full
and happy life simply by managing his
or her asthma effectively

**73** COUPONS
The start of our Special Offers section



CONTENTS

Message to our readers: The contents of *Kids' Health Matters* are for informational purposes only and should never replace the advice and care of a licensed healthcare professional. Neither NAPNAP nor CW Publishing Group guarantees the accuracy, completeness or timeliness of any information contained in this publication, and neither shall be liable for any loss, damage or injury directly or indirectly caused by or resulting from such information or its use. NAPNAP's participation in this publication shall not in any manner be interpreted to constitute an endorsement by them of any products or services that may be advertised or referenced herein.

3



On behalf of the National Association of Pediatric Nurse Practitioners, (NAPNAP), I welcome you to the premier issue of *Kids' Health Matters*. As a mother of four children and a new grandmother, I know how busy life can be. That's why we developed *Kids' Health Matters* just for you. This publication addresses health and fitness, as well as growth and development issues. Written by a panel of NAPNAP experts, *Kids' Health Matters* also provides special incentives from sponsors, who make this resource possible.

As the President of NAPNAP, an organization of advance practice nurses who teach parents and children why being healthy really matters, I am excited to share with you the information and incentives on the following pages. *Kids' Health Matters* reflects NAPNAP's newly adopted mission, which is "Promoting optimal health for children through leadership, practice, advocacy, education, and research."

NAPNAP is proud to offer this opportunity to help families with their everyday lives. Please take a few minutes to browse through our publication. I am sure the incentives may be just what your budget needs. The investment of a few minutes of your time will help you keep your family healthy and happy.

We're interested in your thoughts about this premier issue, as well as your suggestions for future topics. Please email me at president@napnap.org with your comments.
**Happy & Healthy Reading,**

*Jo Ann Serota*

**Jo Ann Serota, MSN, RN, CPNP**
**2005/06 President**
**National Association of Pediatric Nurse Practitioners**

# EXHIBIT D



www.kidshealthmatters.org

# KIDS' HEALTH matters

FALL / WINTER 2006

Pediatric
Nurse
Practitioners
NATIONAL ASSOCIATION OF

**ALLERGIC TO FOOD?**
5 OF THE TOP QUESTIONS ANSWERED

**PRESSURE'S ON**
THE AFFECT OF PEERS ON YOUR CHILD

**GET ACTIVE**
ENCOURAGING A HEALTHY LIFESTYLE

## moving up
BACK TO SCHOOL TRANSITION MADE EASY

In association with
AstraZeneca

**SUPER SAVINGS – SEE INSIDE FOR DETAILS!**

*contents*



diatric Health Care
Advisory Panel
ea Giannetta MSN,
RN CPNP (Chair)
Sheehan MA, CPNP
Victoria Weill MS,
RN, CS, CPNP

NAPNAP Staff
Joe Casey, BA
aren Kelly Thomas,
PhD, RN

Managing Editor
Jo Schulz

Sub-editors
Isobel Clark
Julia Gray

Art Director
Sally Laver

Senior Designer
Evan Lewis

Production Manager
Lucy Grove

utive Vice President
& Sales Director
Neil Agble

Vice President
iness Development
Julia Molino

cial Controller (US)
Betty Jennings

Group CEOs
Dean Citroen &
Oren Wolf

Group CFO
James Ward

Published by
Communications Inc.
500 Fifth Avenue
Suite 3130, New York
New York 10110
Tel: (646) 274-7272
Fax: (646) 274-7273
www.cwcomms.com

Printed in the US by
Gateway Press Inc
Tel: (502) 454-0431

Color origination by
F1 Colour
+44 (0)20 7620 0644

Paper supplied by
PJ Papan
li +44 (0)1372 376133

Website Designers
w.cjkcybermedia.com

Cover Image
photolibrary.com

06/07 CW Publishing Group
2006/07 NAPNAP
shing Group is the trading
CW Communications Inc.

### 7 FOREWORD
By Pat Clinton, President of the National Association of Pediatric Nurse Practitioners

### 10 MOVING UP
Making the transition to middle school can be daunting for children. But there are ways to ensure a successful move



### 22 SNACK RIGHT
It's inevitable that children will snack, so choose healthy options to keep them going and growing

### 31 REACTION TIME
Peanuts aren't the only cause of food allergies. Here's the low down if you suspect your child is having an allergic reaction

# CONTENTS

### 41 BLESS YOU!
Allergies needn't have a negative impact on your child – just do the research and stick to a good treatment plan

### 48 BREATHE EASY
Help your child enjoy a full and happy life by managing asthma effectively

### 61 PLAY BALL!
Regular exercise makes for healthier and happier kids, so take the lead and get active



cwpublishinggroup



### 67 DRY NIGHTS
Helping your child overcome bed-wetting will mean a restful night all around

### 68 IT'S WORTH A SHOT
Getting your school-age children immunized is important for your whole family's health

### 71 PAYING ATTENTION
ADHD can be harder to spot in children entering puberty, but there is help at hand

### 74 UNDER PRESSURE
Peers and the pressure to succeed can both play a part in developing your child's personality



### 84 PUBERTY BLUES
Here's how to come to grips with the changing needs of teenagers' changing bodies

### 97 SKIN DEEP
Skin can be a window to your child's health – so make sure it is well protected and cared for

### 104 A GROWING CONCERN
Type 2 diabetes is on the increase

### 109 MONEY SAVERS
The start of our Special Offers section

Message to our readers: The contents of Kids Health Matters are for informational purposes only and should never replace the advice and care of a licensed healthcare professional. Neither NAPNAP nor CW Publishing Group guarantees the accuracy, completeness or timeliness of any information contained in this publication, and neither shall be liable for any loss, damage or injury directly or indirectly caused by or resulting from such information or its use. NAPNAP's participation in this publication shall not in any manner be interpreted to constitute an endorsement by NAPNAP of any products or services that may be advertised or referenced herein.



**I**n the spring, the National Association of Pediatric Nurse Practitioners, (NAPNAP) introduced the premier issue of *Kids' Health Matters*. The response from parents, and professionals, was so positive that the number of issues published couldn't keep up with the demand. And, as good as that premier issue was, the things we learned from it have made this fall issue even better.

As you read through the pages that follow, you'll find a quick and relevant guide, written by pediatric health experts, on important topics for your children. We developed *Kids' Health Matters* just for you, the busy, caring parent. Use this publication to quickly learn about health and fitness, as well as growth and development issues. Written by a panel of NAPNAP experts, *Kids' Health Matters* also provides special incentives from sponsors, who make this resource possible.

As the elected President of NAPNAP, an organization of advance practice nurses committed to teaching parents and children why being healthy really matters, I am excited to share with you the information and incentives you'll find on the following pages. *Kids' Health Matters* reflects NAPNAP's mission: "Promoting optimal health for children through leadership, practice, advocacy, education, and research." Every day, our members help families. *Kids' Health Matters* extends our ability to reach and teach families about ways to be healthy and fit.

Please take a few minutes to browse through our fall issue. We're confident the topics will grab your attention and the incentives will help you stretch your family budget.

Let us know your thoughts about this issue, as well as your suggestions for future topics. Email me at president@napnap.org with your thoughts.

Happy & Healthy Reading,

*Pat Clinton*

PAT CLINTON, PHD, RN, CPNP, FAANP
*2006/07 President*
*National Association of Pediatric Nurse Practitioners*

DON'T MISS YOUR FREE COPY OF

# KIDS'HEALTH
*matters*

THE PUBLICATION WRITTEN
AND DISTRIBUTED BY NAPNAP
MEMBERS TO AMERICA'S FAMILIES



- Useful articles written by PROFESSIONAL PEDIATRIC NURSE PRACTITIONERS help keep your kids fit!

- GO TO kidshealthmatters.org to ASK THE EXPERTS, CHAT with families and see more HEALTH-RELATED features!

- Download VALUABLE PREMIUM OFFERS on everyday products that families WANT and NEED!

- Enter for a chance to WIN monthly PRIZES!

because...
# KIDS'HEALTH
*matters*

# Enter our FREE prize drawing today!

KIDS HEALTH matters

Complete this postage-paid, pre-addressed postcard and mail it to us TODAY to enter the FREE PRIZE DRAWING to win $1000! Please print with capital letters throughout and check the boxes.
[ • = Required field]

• First Name _____

• Last name _____

• Address _____

• City _____  • Zip Code _____

• State _____

Phone No _____

• Email address _____

Your date of birth  [M][M] [D][D] [Y][Y]

How often does your family visit their primary healthcare provider?
1-4 times a year ☐      5-8 times a year ☐
9-12 times a year ☐     More than 12 times a year ☐

What is your family's most common reason for an unscheduled visit?
asthma/allergies ☐     cold/flu ☐
diet/diabetes ☐     accident/injury ☐     Other ☐

Your children
Boy ☐  Girl ☐ — DOB [M][M] [D][D] [Y][Y]
Boy ☐  Girl ☐  DOB [M][M] [D][D] [Y][Y]
Boy ☐  Girl ☐  DOB [M][M] [D][D] [Y][Y]

The questions below are optional – feel free to leave any uncompleted. However, by answering them you help us to ensure offers and information you may receive from us and our partners are relevant and of interest to you.

Do you have a personal computer at home?          Yes ☐   No ☐

Which of the enclosed coupons is the most useful? _____

We promise to take great care of your information. As part of our service we would like to share your details with carefully selected partner organizations whose products and services are advertised in this booklet and may be of interest to you.

Would you like to receive further free samples, offers or info from these organizations or from Kids' Health?
                                              Yes ☐   No ☐

Do you work outside the home?          Yes ☐   No ☐

Household income
$20-45k ☐   $45-70k ☐   $70-100k ☐   $100k+ ☐

Level of education
High School diploma ☐          Some college ☐
College degree ☐          Graduate degree ☐

With which ethnicity do you most closely identify?
Caucasian ☐   Hispanic ☐   Asian ☐
African American ☐   Other ☐

How many of your family/friends will you share this publication with?
1 ☐   2 ☐   more ☐

Terms and Conditions:
The prize drawing will be awarded by CW Communications. All valid entries received by the last day of each calendar month will be registered for entry in the monthly draw. Employees of CW Communications and its subsidiaries as well as those of participating companies will not be eligible. CW Communications reserves the right to feature names and locations of Prize Winners. A list of winners will be available on request. If accompanied by a post-age paid self addressed envelope marked Kids' Health Prize Draw Winners. CW Communications disclaims any liability for any entries which are illegible, lost or damaged in transit. No correspondence will be entered into regarding the drawings. CW Communications, 500 Fifth Avenue, Suite 3130 New York, NY 10110. CW Communications agrees to abide by the terms and conditions of the National DNC Registry.

# EXHIBIT E





Citroen Wolf Communications

500 Fifth Avenue Suite 3130   New York NY 10110 , 646 274 7272  phone; , 646 274 7273  fax



NAPNAP 20 Brace Road, Suite 200, Cherry Hill, NJ 08034-2634 Phone: 856/857-9700 Fax: 856/857-1600  *www.napnap.org*

July, 2005

Dear Sir or Madam:

I am delighted to introduce Kids' Health Matters, an exciting new initiative that the National Association of Pediatric Nurse Practitioners (NAPNAP) will be distributing to one million parents of school age and adolescent children through its 7,000 members. Kids' Health Matters will help us promote the health and well-being of children ages seven and above by providing parents with quality health editorial written by pediatric nurse practitioners who care for our nation's 71 million children everyday.  We're pleased that you will have an opportunity to include health promotion information, as well as incentive offers on your best products and services, in Kids' Health Matters.

NAPNAP is a professional association of 7,000 registered Pediatric Nurse Practitioners (PNPs). Promoting health and wellness of all children is our mission.  Established in 1973, NAPNAP actively advances children's health through education, practice development, research and advocacy. PNPs often serve as the primary health care provider for children of all ages, are educated and legally authorized to diagnose and treat common and complex children's health problems, have prescriptive authority and are credentialed to provide health care services within their scope of practice throughout the country.

Through an arrangement with Citroen Wolf Communications, NAPNAP will be distributing the Kids' Health Matters booklets to its PNP members for them to personally pass on to the parents of their patients. NAPNAP believes the Kids' Health Matters program is an effective way to reach families with the latest evidence-based information about the health and well-being of children.  We also believe that PNPs are uniquely positioned to provide this information and the benefits of this program.

We invite you to join us in this exciting new program. Kids' Health Matters to us; we're confident it matters to you, too.  For more information, please do not hesitate to contact Citroen Wolf Communications at 646-274-7272.

Sincerely,

*Karen KellyThomas*

Karen KellyThomas, PhD, RN, FAAN
Executive Director



# KIDS' HEALTH
*matters*



# PARTNER

**WHAT IS NAPNAP?**
NAPNAP is the National association of Pediatric Nurse Practitioners, a professional organization of 7,000 Pediatric Nurse Practitioner (PNP) members whose mission is to advocate for better health and well-being of children from infancy through young adulthood by:

- Distributing information and educational materials to parents and families relevant to the advancement of children's health;
- Providing funding and research opportunities to PNPs to promote children's health.
- Providing leadership for PNPs nationwide and creating a national unified voice to influence legislation that affects children's health care.

PNPs have improved children's health by increasing access to quality health care for over thirty years. (For more information, please see *www.napnap.org*.)

**WHO ARE PEDIATRIC NURSE PRACTITIONERS?**
Pediatric Nurse Practitioners are primary health care providers who have advanced education in pediatric nursing, often working alongside pediatricians and other health care providers. Many parents choose a PNP as their child's primary health care provider knowing they will receive priority individualized quality health care, particularly as PNPs spend on average more time than doctors spend with their pediatric patients (*Source: Mundinger et al. JAMA.2000; 283: 59-68..*).

**WHAT DO PNPs DO?**
PNPs have prescriptive authority and offer quality pediatric health care in a variety of settings. Their services include:

- Diagnosing and treating common childhood illnesses;
- Performing routine developmental screenings;
- Providing health maintenance care for children, including well-child examinations;
- Providing childhood immunizations;
- Offering parents' guidance regarding common childhood health concerns.

NAPNAP believes that children's health is a primary concern for our nation and that by enhancing and extending access to pediatric care, we will improve the overall health status of children.



# KIDS' HEALTH *matters*

# PROGRAM

**M**ISSION STATEMENT: The goal of the *Kids' Health Matters* program is to help parents establish in children early healthy behavior patterns. By offering information and promoting healthy, appropriate product choices, *Kids' Health Matters* hopes to provide parents and children with the proper guidance to build in children a strong foundation for active, healthy and productive lives.

NAPNAP believes that the parent-child relationship is fundamental to encouraging the wellness of children. By offering parents choices and supporting their appropriate management of changing needs for children's nutrition, physical activity and emotional care, PNPs help to assure optimal health in families. Given the strength of the trusting relationship PNPs have with patients and their parents, they are uniquely positioned to make health recommendations, distribute the *Kids' Health Matters* booklet and provide guidance for their patients' needs.

The *Kids' Health Matters* incentive and benefits program is specifically designed to contain relevant editorial content written by pediatric health experts for parents of school-age children. Packaged as a 5-1/4 x 7-1/2 full-color, perfect-bound booklet, it is easily portable.

Articles will be comprised into sections that cover important aspects of children's health and well-being. Features will include:

- Nutrition and Exercise
- Safety
- Childhood Growth and Development
- Managing Common Health Problems (suh as asthma and allergies)
- Ensuring a Healthy Home Environment
- Other Family Lifestyle Topics.

The editorial section will be followed by a collection of double-sided incentive pages (vouchers) offering valuable benefits from carefully selected product manufacturers, healthcare services and other marketing partners. The front of each incentive page will feature the partner's product information and on the reverse side will be a specially tailored offer or incentive to encourage parents to use the featured products. These pages will be helpfully arranged into product categories to be easily referenced.

To maintain the valuable integrity of the program, NAPNAP reserves the final right of approval on all editorial content, partners and promotional offers, thus ensuring your products are in good company with other commensurate companies and associations promoting the health of children nationwide.



# KIDS' HEALTH
*matters*

# DISTRIBUTION

The *Kids' Health Matters* program represents a unique opportunity—and the first incentive and benefits program undertaken by NAPNAP—through which partner organizations may reach parents and their children via the trusted PNP relationship.

Up to 7,000 registered PNPs will personally give the publication to one million families each year. The distribution will take place in two staggered runs of five hundred thousand copies each—the first commencing in March, 2006 and the second in August, 2006.

The *Kids' Health Matters* program will be duplicated electronically and hosted on a branded website, which will be linked to NAPNAP's website. This will include your message and a hotlink to your website.

Distributing the *Kids' Health Matters* information and benefits program of interest to families is a natural extension of NAPNAP's concern for and outreach to the pediatric and parental community nationwide.

3

# KIDS' HEALTH
*matters*



# SPECIFICATIONS

**F**ollowing are the specifications for the *Kid's Health Matters* publication:

- Trim: 5-1/4" x 7-1/2"
- Approximately 120 pages + 4 page cover
- Paper: Minimum of 40# body
- Cover: Minimum of 90# paper

Materials Close DECEMBER 15, 2005 for Spring 2006; Fall 2006 Edition to follow.

(Opportunity to update content between issues if required.)





**PRICES:**
- One full color double-sided incentive page - $80,000
- One full color page opposite editorial content - $80,000
- One full color double-page spread within editorial content - $144,000

**PREMIUM POSITION:**
- Inside front-cover spread - $160,000
- Inside back-cover - $88,000
- Outside back-cover - $96,000
- Full color single page opposite Contents Page - $88,000
- Full-color single page opposite Foreword - $88,000

**ASSUMPTIONS:**
- Rates are for the full year.
- All prices include an electronic version of the publication on the *Kids' Health Matters* web site with a hotlink to product/company website.

# KIDS' HEALTH
## matters



**PUBLISHER**

**C**ITROEN WOLF COMMUNICATIONS was founded in London in 1997 to offer premium custom publishing solutions to meet the marketing challenges of leading organizations and corporations. CWC has since expanded internationally with offices currently in New York City and Germany, as well as London.

Today, CWC is the largest and most successful advertising-funded custom publisher as well as one of the largest brand publishers and marketing communications companies in the U.K. (*Source: Mintel.*) Our client base represents both prestigious and 'household-name' clients in the fields of health, business, finance and lifestyle among others, including:

- PricewaterhouseCoopers
- Living Well Health Clubs (The Hilton Hotel Group)
- The Dunhill Links Championship for the Richemont Group (Cartier, Piaget, Montblanc)
- *The Sunday Times of London*

CWC employs a highly skilled staff of professionals with backgrounds in editorial, design and production, as well as a disciplined and articulate sales force. We specialize in publishing first class, high-quality magazines, as well as "voucherzines" that combine magazine-like articles with incentives and special offers, delivering sophisticated communication packages and overall loyalty marketing programs for brand name clients.



# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

THE NEMOURS FOUNDATION

## DEFENDANTS

CITROEN WOLF COMMUNICATIONS, INC. ,
a/k/a CW COMUNICATIONS, INC., and
NATIONAL ASSOCIATION OF PEDIATRIC PRACTITIONERS

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899-0951

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☒ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | or Defendant) | Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C § 1121 for trademark infringement and supplemental state law claims under 28 U.S.C. § 1367.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE: 02/14/2007

SIGNATURE OF ATTORNEY OF RECORD

JS 44 Reverse (Rev. 12/96)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**    **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   (b.) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   (c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**    **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 7 - 8 3 ____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

_2-14-07_
(Date forms issued)

_____
(Signature of Party or their Representative)

JOHN  D.  RITER
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NEMOURS FOUNDATION,<br>a Florida Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. _____ |
| CITROEN WOLF COMMUNICATIONS,<br>INC., a/k/a CW COMMUNICATIONS, INC.<br>a Delaware Corporation, and<br>NATIONAL ASSOCIATION OF<br>PEDIATRIC NURSE PRACTITIONERS,<br>an Ohio Corporation, | ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## COMPLAINT

Plaintiff, The Nemours Foundation ("Nemours"), states the following for its

Complaint against Citroen Wolf Communications, Inc., a/k/a CW Communications, Inc.

("CWC") and National Association of Pediatric Nurse Practitioners ("NAPNAP"):

### Nature of the Case

1.     This civil action for damages and injunctive relief arises from the

Defendants' deceptive trade practices and infringement of Nemours' KIDSHEALTH and

KIDSHEALTH.ORG marks (collectively, the "KIDSHEALTH Marks"). Since 1996,

Nemours has continuously used its KIDSHEALTH Marks to promote the KidsHealth

website located at KidsHealth.org, as well as to promote and distribute a number of print

and video materials related to children's health issues. The well-known and award-

winning KidsHealth website is a comprehensive online resource for information

regarding the physical, emotional, and behavioral welfare of children and adolescents. In

2006, CWC and NAPNAP partnered to launch and distribute the so-called "voucherzine"

*Kids' Health Matters*, including an online edition located at kidshealthmatters.org. CWC

and NAPNAP are using the name and mark "Kids' Health Matters" to publish articles on

children's health, fitness, and development that are nearly indistinguishable in style and

subject matter from the articles on the KidsHealth website. Both the print and online

versions of *Kids' Health Matters* include coupons and other incentive offers for goods

and services that purport to bear some connection to children's fitness and development.

By using a similar mark and domain name to offer nearly identical goods and services,

CWC and NAPNAP have created a substantial likelihood of confusion among consumers

as to the origin and sponsorship of the goods and services offered under the

KIDSHEALTH Marks and the "Kids' Health Matters" name and mark. Any inaccuracies

or other defects in the information provided in *Kids' Health Matters*, as well as defects in

the goods advertised in *Kids' Health Matters*, would inflict serious injury on Nemours

and the substantial goodwill that it has worked so hard to establish in the KIDSHEALTH

Marks.

### Parties

2.    Nemours is a non-profit Florida corporation with its principal place of

business in Jacksonville, Florida. Nemours is the primary beneficiary of the Alfred I.

duPont Testamentary Trust, and was established with the mission to provide leadership

institutions and services aimed at restoring and maintaining the health of children. Since

its incorporation in 1936, Nemours has become one of the largest children's health

systems in the United States. Nemours is comprised of the Alfred I. duPont Hospital for

Children in Wilmington, Delaware, the Nemours Children's Clinic in Delaware, three

Nemours Children's Clinics in Florida, and the emerging Nemours Health and Prevention

2

Services initiative. Nemours employs more than 400 physicians and surgeons in nearly every pediatric subspecialty. Nemours also maintains the popular KidsHealth website at KidsHealth.org, and distributes print and video media related to children's health issues.

3.     CWC is a for-profit Delaware corporation with its principal place of business in New York, New York. CWC is an international publishing and marketing communications company that publishes the voucherzine *Kids' Health Matters* and maintains the online edition at kidshealthmatters.org.

4.     NAPNAP is an Ohio corporation with its principal place of business in Cherry Hill, New Jersey. NAPNAP is the professional association for Pediatric Nurse Practitioners ("PNPs") and other advanced practice nurses who care for children. NAPNAP has partnered with CWC to launch and distribute *Kids' Health Matters*, including an online edition at kidshealthmatters.org.

## Jurisdiction and Venue

5.     This Court has jurisdiction over Nemours' federal claims under 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a) and supplemental jurisdiction over Nemours' state law claims under 28 U.S.C. § 1367.

6.     This Court has personal jurisdiction over CWC because it is incorporated in Delaware and because it transacts business in Delaware. See 10 Del.C. § 3104(c)(1). Among other contacts, CWC publishes the infringing *Kids' Health Matters* publication, which is distributed in Delaware.

7.     This Court has personal jurisdiction over NAPNAP because it transacts business in Delaware. See id. NAPNAP has distributed the infringing *Kids' Health*

*Matters* publication through its members in Delaware hospitals, including the Alfred I. duPont Hospital for Children in Wilmington, Delaware.

8.      Venue is proper in this district because the defendants are subject to personal jurisdiction in this district and reside in this district for purposes of venue. See 28 U.S.C. § 1391(b) and (c).

### Nemours and the KIDSHEALTH Marks

9.      Since its establishment in 1936, Nemours has dedicated itself to restoring and improving the health of children. In addition to providing health care to children through its specialized facilities, Nemours creates high-impact educational projects that positively affect the health of children, through the Nemours Center for Children's Health Media.

10.      One of Nemours' most successful educational projects is the KidsHealth website, located at KidsHealth.org. KidsHealth is the largest and most visited children's health site on the Web, and provides doctor-approved health information about children from before birth through adolescence. The award-winning site provides families with a practical source of accurate, up-to-date, and jargon-free health information. The KidsHealth website features articles, games, and resources related to children's health, which target both parents and children. Since April 15, 1996, the KidsHealth website has been accessed by well over 300,000,000 visitors. The KidsHealth website now receives on average 10 million visitors per month, totaling over 100 million visits every year.

11.      Nemours owns the trademark and service mark KIDSHEALTH, along with variations of that mark, including the mark and second level Internet domain name KIDSHEALTH.ORG.

4

12.    Nemours also owns the federal trademark and service mark registrations for KIDSHEALTH and KIDSHEALTH.ORG.  KIDSHEALTH was registered with the United States Patent and Trademark Office ("PTO") on March 13, 2001 in connection with the development and dissemination of educational materials in the field of medicine and human welfare (U.S. Reg. No. 2,434,754).  KIDSHEALTH was also registered with the PTO on October 27, 1998 in connection with pre-recorded videotapes and audiotapes featuring educational matter in the field of children's physical and psychological health (U.S. Supp. Reg. No. 2,200,754).  KIDSHEALTH.ORG was registered with the PTO on August 20, 2002 in connection with the development and dissemination of educational materials in the field of medicine and human welfare (U.S. Reg. No. 2,608,467).  Status copies of Nemours' federal registrations are attached as Exhibit A.

13.    Nemours' federally registered marks are valid, and the marks on the Principal Register are prima facie evidence of Nemours' exclusive right to use KIDSHEALTH (U.S. Reg. No. 2,434,754) and KIDSHEALTH.ORG (U.S. Reg. No. 2,608,467) marks in connection with the development and dissemination of educational materials in the field of medicine and human welfare.  Moreover, Nemours' exclusive rights under KIDSHEALTH (U.S. Reg. No. 2,434,754) are incontestable under 15 U.S.C. § 1065.

14.    Nemours first used the KIDSHEALTH Marks in interstate commerce when it launched the KidsHealth website on April 15, 1996 to promote and market the KidsHealth website and its content.  Through continuous use and advertising, including through the KidsHealth website, Nemours has developed a substantial reputation and valuable goodwill in the KIDSHEALTH Marks.  The parents and children who view and

use the content on the KidsHealth website, as well as the public in general, have come to know and recognize the KIDSHEALTH Marks, and to identify, associate and/or equate the KIDSHEALTH Marks with Nemours and its products and services. The KIDSHEALTH Marks are distinctive as identifiers of Nemours' goods and services.

15.    In addition to the KidsHealth website, Nemours uses the KIDSHEALTH Marks to promote, market, and distribute print and video media. For example, the books *How to Raise Non-Smoking Kids* (Byron Preiss Multimedia Books, 1997), *First Aid Tips for Parents* (Sandvik Publishing, 2000), *KidsHealth Guide for Parents: Pregnancy to Age 5* (McGraw-Hill/Contemporary Press, 2001), and *Fit Kids* (Dorling Kindersley, 2004) prominently display the KIDSHEALTH Marks. Nemours also distributes Charles Scribner's Sons' multi-volume series *Human Diseases and Conditions* to schools and libraries throughout the country. Nemours has distributed videos on a range of health topics through the American Academy of Pediatrics and educational video distributors, including *KidsHealth TV: Late Breaking News* (1997) and *Mastering Asthma* (1998). Nemours has also used the KIDSHEALTH Marks to distribute print and video health educational programs developed in partnership with corporations such as General Mills, Sesame Workshop, Acme/Albertsons, the American Academy of Family Physicians, and others.

16.    As part of the natural expansion of its use of the KIDSHEALTH Marks, in 2005 Nemours approached several of its children's hospital partners with a concept for a magazine version of KIDSHEALTH. Nemours began contracting with its partners for the purchase and distribution of *KidsHealth* Magazine in 2006. Slated to debut this spring, *KidsHealth* will be a twice-yearly magazine bearing the KIDSHEALTH Marks.

6

*KidsHealth* magazine also will be co-branded by some of Nemours' children's hospital partners, who will distribute the magazine in their hospitals, by direct mail, and through primary care physicians' offices within their markets. Nemours' partners may elect to customize the internal pages of *KidsHealth* with their own articles, features, events, donor acknowledgements, or advertisements.

### The Defendants and Their "Kids' Health Matters" Mark Infringement

17.    CWC is the United States affiliate of CW Publishing Group, an international publishing and marketing communications company that produces "customer publications" for a variety of different clients. "Customer publications" are magazines or other printed vehicles that use an editorial point of view and voice to inform and influence readers about consumer brands, lifestyles, products, and services that are of interest to a targeted audience. Upon information and belief, CWC publications are funded solely through advertising, and blend print and online publishing to create a tailored hybrid product aimed at influencing consumer behavior.

18.    NAPNAP is the professional association for PNPs, and has approximately 7,000 members. According to NAPNAP, its mission includes promoting optimal health for children through education. To that end, NAPNAP distributes educational materials to parents and families that are relevant to the advancement of children's health.

19.    The Defendants use the name and mark "Kids' Health Matters" and the domain name kidshealthmatters.org to promote and market a customer publication called *Kids' Health Matters*, both of which prominently feature the infringing mark. Upon information and belief, *Kids' Health Matters* is a customer publication that CWC produces for NAPNAP. Specifically, *Kids' Health Matters* is a so-called "voucherzine."

According to CWC, voucherzines use a proprietary format that it has developed, which combines information relevant to a target market followed by money-saving offers and benefits. *Kids' Health Matters* is aimed at families with children ages 7 and above, and offers magazine-like articles on children's health issues written by PNPs, as well as special offers for products and services related to families' well-being.

20.    On August 5, 2005, CWC applied with the PTO to register the trademark KIDS' HEALTH MATTERS in connection with booklets in the field of children's nutrition, physical activity and overall well-being (Ser. No. 78,686,399).

21.    Upon information and belief, on June 23, 2005, CWC registered the domain name kidshealthmatters.org. A copy of the WHOIS data from GoDaddy.com is attached as Exhibit B.

22.    NAPNAP has partnered with CWC to launch and distribute *Kids' Health Matters*. NAPNAP distributes *Kids' Health Matters* to the parents of children ages 7 and above through the offices of its more than 7,000 PNP members. Like the articles on Nemours' KidsHealth website and in the forthcoming *KidsHealth* magazine, the articles in *Kids' Health Matters* provide parents and children with advice on issues related to children's health, including nutrition, fitness, and development. The articles in *Kids' Health Matters* are written by a panel of NAPNAP experts, and NAPNAP has the final right of approval on all editorial content, partners, and promotional offers.

23.    Upon information and belief, in the spring and summer of 2006, NAPNAP distributed approximately 500,000 copies of the premier issue of *Kids' Health Matters* throughout the United States, including in Nemours' Alfred I. duPont Hospital for Children in Wilmington, Delaware. Excerpts from the premier issue of *Kids' Health*

*Matters* are attached as Exhibit C. Upon information and belief, NAPNAP is currently distributing 500,000 copies of the second issue of *Kids' Health Matters*. Excerpts from the second issue of *Kids' Health Matters* are attached as Exhibit D. Upon information and belief, NAPNAP and CWC plan to distribute approximately 1 million copies of *Kids' Health Matters* in 2007. Similar to the planned semi-annual distribution of the *KidsHealth* magazine, the distribution of *Kids' Health Matters* will occur in two staggered runs of 500,000 copies each of the Spring/Summer issue, commencing in March 2007, and the Fall/Winter issue, commencing in September 2007. A copy of the media guide sent to potential sponsors by CWC and NAPNAP, discussing plans for distributing *Kids' Health Matters* in 2007, is attached as Exhibit E.

24.     Upon information and belief, the distribution of the *Kids' Health Matters* and *KidsHealth* publications will target similar locations, such as waiting rooms in children's hospitals, and will overlap substantially.

25.     The editorial content and incentive offers from *Kids' Health Matters* are duplicated electronically and hosted on a branded website, located at kidshealthmatters.org. The *Kids' Health Matters* website hyperlinks to the websites of CWC, NAPNAP, and the companies that pay for incentive offers in *Kids' Health Matters*. Like the KidsHealth website, the *Kids' Health Matters* website categorizes the articles by subject matter.

26.     Defendants' *Kids' Health Matters* publication is gaining a level of prominence, having recently received a Media Award from the American Academy of Nursing.

27.    The KIDSHEALTH Marks and the "Kids' Health Matters" name and mark, including the domain name kidshealthmatters.org, are confusingly similar in sight, sound, and meaning. The significant similarities between Nemours' KIDSHEALTH marks and the "Kids' Health Matters" name and mark used by the Defendants are likely to cause confusion among the public and consumers of the parties' goods and services.

28.    Moreover, the goods and services offered by the Defendants through *Kids' Health Matters* and kidshealthmatters.org are closely related, and in some cases nearly identical, to the goods and services offered by Nemours through the KidsHealth website located at KidsHealth.org and in the forthcoming *KidsHealth* magazine. The articles on children's health matters are closely related in subject matter, style, and scope. For example, both *Kids' Health Matters* and the KidsHealth website offer practical information and advice on children's nutrition and exercise, coping with asthma, and puberty. Because of this, the Defendants' use of the name and mark "Kids' Health Matters" and the domain name kidshealthmatters.org is likely to confuse or deceive consumers and the public in general as to the origin and sponsorship of the parties' goods and services.

29.    Nemours is not affiliated with the Defendants or *Kids' Health Matters*. Nemours neither sponsors nor endorses the goods and services offered by the Defendants under the name and mark "Kids' Health Matters," and does not authorize nor consent to the Defendants' use of "Kids' Health Matters," or any other confusingly similar names or marks. Therefore, Nemours has objected in writing to the Defendants' adoption and use of the "Kids' Health Matters" name and mark. Even so, the Defendants continue to use the "Kids' Health Matters" name and mark in connection with goods and services which

are closely related to the goods and services marketed by Nemours under its senior
KIDSHEALTH Marks.

30.     Nemours has no control over the nature and quality of the goods and
services offered by the Defendants under the name and mark "Kids' Health Matters."
Any defects, objections or faults found with the Defendants' goods or services offered
under the "Kids' Health Matters" name and mark would inflict serious injury upon
Nemours because of false association.

31.     The Defendants' conduct has caused, and will continue to cause, Nemours
to suffer irreparable injury and damage.  This irreparable injury includes, but is not
limited to, a likelihood of confusion, mistake and deception as to the true source,
sponsorship or affiliation of the goods and services offered by the parties.  The confusion,
mistake and deception likely to arise from the Defendants' use of the name and mark
"Kids' Health Matters" threatens to erode and injure the goodwill inherent in the
KIDSHEALTH Marks.  Nemours is unable to ascertain the full extent of the monetary
damages it has suffered as a result of the Defendants' unlawful conduct.

32.     Further irreparable injury and damages will result from the Defendants'
continued conduct.  Nemours likely will be unable to ascertain the amount of
compensation, if any, that could afford adequate relief for such continuing acts.
Nemours, therefore, has no adequate remedy at law to compensate for its injury and
damage.

## COUNT ONE

### Federal Trademark and Service Mark Infringement
### 15 U.S.C. § 1114

33.     Nemours incorporates by reference the allegations of paragraphs 1 through 32.

34.     The Defendants' use of Kids' Health Matters and kidshealthmatters.org in connection with goods and services offered in the same or related business as Nemours is likely to cause confusion, mistake or deception with Nemours' federally registered KIDSHEALTH Marks, and thus infringes Nemours' rights in those registered marks under 15 U.S.C. § 1114.

35.     The Defendants are aware of the KIDSHEALTH Marks, and their continued use of confusingly similar marks is a willful disregard of Nemours' rights in violation of 15 U.S.C. § 1114, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

## COUNT TWO

### Federal Unfair Competition
### 15 U.S.C. § 1125(a)

36.     Nemours incorporates by reference the allegations of paragraphs 1 through 35.

37.     The Defendants' use of Kids' Health Matters and kidshealthmatters.org in connection with goods and services offered in the same or related business as Nemours is likely to cause consumers and the public mistakenly to believe that the Defendants' goods and services originate from, are sponsored by, or are in some way associated with, Nemours.  The Defendants' actions constitute false designations of origin or false

descriptions or representations, and are likely to cause the KIDSHEALTH Marks to lose their significance as indicators of origin. Hence, the Defendants' actions constitute unfair competition, violating Nemours' rights under 15 U.S.C. § 1125(a).

38.    The Defendants are aware of the KIDSHEALTH Marks, and their continued use of confusingly similar marks is a willful disregard of Nemours' rights, in violation of 15 U.S.C. § 1125(a), making this an exceptional case within the meaning of 15 U.S.C. § 1117.

## COUNT THREE

### Anticybersquatting Prevention Act Against CWC
### 15 U.S.C. § 1125(d)(1)

39.    Nemours incorporates by reference the allegations of paragraphs 1 through 38.

40.    Upon information and belief, CWC registered the domain name kidshealthmatters.org with the bad faith intent to profit from the KIDSHEALTH Marks. The KIDSHEALTH Marks were distinctive at the time CWC registered kidshealthmatters.org on June 23, 2005, and the domain name is confusingly similar to the KIDSHEALTH Marks. Consequently, CWC's registration of the domain name kidshealthmatters.org violates Nemours' rights under 15 U.S.C. § 1125(d)(1).

41.    CWC is aware of the KIDSHEALTH Marks, and its continued use and registration the domain name kidshealthmatters.org is a willful disregard of Nemours' rights, in violation of 15 U.S.C. § 1125(d), making this an exceptional case within the meaning of 15 U.S.C. § 1117.

## COUNT FOUR

### Delaware Deceptive Trade Practice Act
### 6 Del.C. § 2532(a)

42.    Nemours incorporates by reference the allegations of paragraphs 1 through 41.

43.    The Defendants' use of Kids' Health Matters and kidshealthmatters.org in connection with goods and services offered in the same or related business as Nemours is likely to cause consumers and the public mistakenly to believe that the Defendants' goods and services originate from, are sponsored by, or are in some way associated with, Nemours.  Thus, the Defendants' actions constitute deceptive trade practices, violating Nemours' rights under 6 Del.C. § 2532(a)(2) and (3).

44.    The Defendants are aware of the KIDSHEALTH Marks, and their continued use of confusingly similar marks is a willful disregard of Nemours' rights, in violation of 6 Del.C. § 2532(a), making this an exceptional case within the meaning of 6 Del.C. § 2533(b).

## COUNT FIVE

### Common Law Trademark Infringement

45.    Nemours incorporates by reference the allegations of paragraphs 1 through 44.

46.    The Defendants' use of Kids' Health Matters and kidshealthmatters.org in connection with goods and services offered in the same or related business as Nemours is likely to cause confusion, mistake or deception and thus infringes Nemours' rights in its KIDSHEALTH Marks, in violation of the common law of Delaware.

14

**Prayer For Relief**

WHEREFORE, The Nemours Foundation prays that the Court order:

1.  That all of Nemours' rights in the KIDSHEALTH Marks are valid and enforceable;

2.  That the Defendants have infringed the KIDSHEALTH Marks and have competed unfairly against Nemours;

3.  That the Defendants, and all persons acting in concert with them or purporting to act on their behalf or in active concert or in participation with them (including but not limited to related entities, agents, servants, employees, successors and assigns), be preliminarily and permanently enjoined from using the name and mark "Kids' Health Matters," from using the domain name kidshealthmatters.org, from otherwise infringing the KIDSHEALTH Marks, from falsely designating the origin, sponsorship or affiliation of the Defendants' goods and services, from otherwise unfairly competing with Nemours in any manner whatsoever, and from either:

    a.  marketing, selling or otherwise promoting any products or services under the name or mark "Kids' Health Matters," or any other name or mark confusingly similar to the KIDSHEALTH Marks; or

    b.  registering or attempting to register the name or mark "Kids' Health Matters," or any name or mark confusingly similar to the KIDSHEALTH Marks;

4.    That CWC be ordered, at its own expense, to transfer the domain name

kidshealthmatters.org to Nemours;

5.    That Nemours be awarded the Defendants' profits as a consequence of the

acts of infringement and an accounting of those profits pursuant to 15

U.S.C. § 1117(a);

6.    That the Defendants be required to file with the Court and to serve on

Nemours' counsel within thirty (30) days after service of any permanent

injunction issued herein, or within such other reasonable time as the Court

may direct, an affidavit setting forth in detail the manner in which the

Defendants have complied with such injunction;

7.    That Nemours recover its compensatory damages arising out of the

foregoing illegal acts and that the award of compensatory damages be

trebled pursuant to 15 U.S.C. § 1117(a);

8.    That this be declared an exceptional case, such that Nemours can recover

its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and 6 Del.C.

§ 2533(b);

9.    That Nemours be awarded its taxable costs and disbursements in this

action pursuant to 15 U.S.C. § 1117(a) and 6 Del.C. § 2533(b); and

10.    That Nemours have such other and further relief as the interests of justice

may require.

## DEMAND FOR JURY TRIAL

Nemours respectfully requests a trial by jury on all issues triable as a right by a

jury.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Robert M. Tyler (VSB No. 37861)
David E. Finkelson (VSB No. 44059)
Jeremy S. Byrum (VSB No. 70864)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219-4030
Tel: (804) 775-1000
Fax: (804) 775-1061

By:    _____
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza
    1313 North Market Street, 6th Floor
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: February 14, 2007
777842 / 31117

*Attorneys for Plaintiff*
*The Nemours Foundation*

17