## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

THE NEMOURS FOUNDATION,           )
a Florida Corporation,            )
                                  )
    Plaintiff,                    )
                                  )
v.                                ) C.A. No. _____
                                  )
CITROEN WOLF COMMUNICATIONS,      )
INC., a/k/a CW COMMUNICATIONS, INC. a ) **JURY TRIAL DEMANDED**
Delaware Corporation, and         )
NATIONAL ASSOCIATION OF PEDIATRIC )
NURSE PRACTITIONERS,              )
an Ohio Corporation,              )
                                  )
    Defendants.                   )

### RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiff The Nemours Foundation ("Nemours") discloses that it is a 501(c)3-designated educational and charitable foundation and the nonprofit corporate beneficiary of the Alfred I. duPont Testamentary Trust and the Edward Ball Estate. Nemours has no parents and no publicly-traded entity has an ownership interest in Nemours.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Robert M. Tyler (VSB No. 37861)      By: _____
David E. Finkelson (VSB No. 44059)      Richard L. Horwitz (#2246)
Jeremy S. Byrum (VSB No. 70864)         David E. Moore (#3983)
McGuireWoods LLP                        Hercules Plaza
One James Center                        1313 North Market Street, 6th Floor
901 East Cary Street                    Wilmington, Delaware 19801
Richmond, Virginia 23219-4030           Tel: (302) 984-6000
Tel: (804) 775-1000                     Fax: (302) 658-1192
Fax: (804) 775-1061                     rhorwitz@potteranderson.com
                                        dmoore@potteranderson.com

Dated: February 14, 2007             *Attorneys for Plaintiff*
777864 / 31117                       *The Nemours Foundation*