AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

NEMOURS FOUNDATION,

      Plaintiff,

v.

CITROEN WOLF COMMUNICATIONS,
INC., a/k/a CW COMMUNICATIONS INC.,
and NATIONAL ASSOCTION OF
PEDIATARIC NURSE PRACTITIONERS,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-83 (JJF)

TO: (Name and address of Defendant)

NATIONAL ASSOCIATION OF PEDIATRIC
  NURSE PRACTITIONERS
c/o Marilyn Haugen, Registered Agent
4955 Riverview Ave
Middletown, OH 45042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz, Esq. (#2246)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899
(302) 984-6000

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                6/12/07

CLERK                                                        DATE

*[signature]*
(By) DEPUTY CLERK

FAX TO 302-652-9164

## Affidavit of Process Server

__United States District Court__
(NAME OF COURT)

Lemmars Foundation vs __Marilyn Haugen__ __07-83 (JJF)__
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE NUMBER

__Antonio M Green__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served __Marilyn Haugen__
NAME OF PERSON / ENTITY BEING SERVED

With (list documents) __Civil Case Summons__

Leaving with __Halver Hugen__ __Husband__
NAME    RELATIONSHIP

Residence __4955 Riverview Ave__ __Middletown, Ohio 45042__
ADDRESS    CITY / STATE

Business _____
ADDRESS    CITY / STATE

__6-12-2007__ AT __6:30 PM__
DATE    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

On _____
CITY    STATE    ZIP

Manner of Service:
Personal: By personally delivering copies to the person being served.
Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with person apparently in charge thereof.
Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

Service Attempts: Service was attempted on: (1) ____ ____ (2) ____ ____
DATE    TIME    DATE    TIME
____ ____ (4) ____ ____ (5) ____ ____
DATE    TIME    DATE    TIME    DATE    TIME

Description: Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __13th__ day of _____, 2007

CONNIE L. WAYMIRE, Notary Public
In and for the State of Ohio
My Commission Expires July 9, 2011

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of __Ohio__

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS