IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NEMOURS FOUNDATION, a Florida Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CITROEN WOLF COMMUNICATIONS, INC., a/k/a CW COMMUNICATIONS, INC. a Delaware Corporation, and NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, an Ohio Corporation, <br><br> Defendants. | C.A. No. 07-83 (JJF) <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff and Defendants hereby stipulate, subject to the approval of the Court, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended to July 24, 2007.


POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza
    1313 North Market Street, 6th Floor
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff*
*The Nemours Foundation*

GREENBERG TRAURIG, LLP

By: */s/ James H. Donoian*
    James H. Donoian
    MetLife Building
    200 Park Avenue
    New York, NY 10166
    Tel: (212) 801-2195
    Fax: (212) 801-6400
    donoianj@gtlaw.com

*Attorneys for Defendant*
*Citroen Wolf Communications, Inc.*

HOWE & HUTTON, LTD.

By: /s/ C. Michael Deese
C. Michael Deese, Esq.
Howe & Hutton, Ltd.
1901 Pennsylvania Ave., N.W.
Suite 1007
Washington, DC 20006
Tel: (202) 466-7252
Fax: (202) 466-5829
cmd@howehutton.com

*Attorneys for Defendant*
*National Association Of Pediatric Nurse Practitioners*

804566 / 31117

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge