IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NEMOURS FOUNDATION, a Florida Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITROEN WOLF COMMUNICATIONS, INC., a/k/a CW COMMUNICATIONS, INC. a Delaware Corporation, and NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, an Ohio Corporation,<br><br>Defendants. | C.A. No. 07-83 (JJF)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

PLEASE TAKE NOTICE that Plaintiff The Nemours Foundation, by and through its undersigned counsel, has given Defendants Citroen Wolf Communications, Inc. and National Association Of Pediatric Nurse Practitioners an extension until August 7, 2007 to answer or otherwise respond to the Complaint in the above captioned matter.

The extension will allow the parties additional time to complete their good faith settlement discussions.

2

                      POTTER ANDERSON & CORROON LLP

By:   */s/ David E. Moore*
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza, 6th Floor
      1313 North Market Street, 6th Floor
      Wilmington, DE 19801
      Tel: (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

Dated: July 24, 2007

808759 / 31117

*Attorneys for Plaintiff*
*The Nemours Foundation*

2