IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NEMOURS FOUNDATION, a Florida Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITROEN WOLF COMMUNICATIONS, INC., a/k/a CW COMMUNICATIONS, INC. a Delaware Corporation, and NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, an Ohio Corporation,<br><br>Defendants. | C.A. No. 07-83 (JJF)<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION FOR EXTENSION OF TIME

WHEREAS, the parties have reached a settlement in principle in this matter;

WHEREAS, the parties will require additional time to finalize the settlement and file appropriate papers with the Court;

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate, subject to the approval of the Court, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended to August 31, 2007.

| POTTER ANDERSON & CORROON LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*The Nemours Foundation* | By: /s/ James H. Donoian<br>James H. Donoian<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 801-2195<br>Fax: (212) 801-6400<br>donoianj@gtlaw.com<br><br>*Attorneys for Defendant*<br>*Citroen Wolf Communications, Inc.* |

HOWE & HUTTON, LTD.

By: /s/ C. Michael Deese
 C. Michael Deese, Esq.
 Howe & Hutton, Ltd.
 1901 Pennsylvania Ave., N.W.
 Suite 1007
 Washington, DC 20006
 Tel: (202) 466-7252
 Fax: (202) 466-5829
 cmd@howehutton.com

*Attorneys for Defendant*
*National Association Of Pediatric Nurse Practitioners*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

811986