IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NEMOURS FOUNDATION,<br>a Florida Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>CITROEN WOLF COMMUNICATIONS,<br>INC., a/k/a CW COMMUNICATIONS, INC.<br>a Delaware Corporation, and<br>NATIONAL ASSOCIATION OF<br>PEDIATRIC NURSE PRACTITIONERS,<br>an Ohio Corporation,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-83 (JJF)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff The Nemours Foundation, through its undersigned counsel, hereby dismisses this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(i).

                                         POTTER ANDERSON & CORROON LLP

                                         By:  */s/ David E. Moore*
                                                  Richard L. Horwitz (#2246)
                                                  David E. Moore (#3983)
                                                  Hercules Plaza, 6th Floor
                                                  1313 North Market Street, 6th Floor
                                                  Wilmington, DE 19801
                                                  Tel: (302) 984-6000
                                                  rhorwitz@potteranderson.com
                                                  dmoore@potteranderson.com

Dated: September 5, 2007
813234 / 31117

                                         *Attorneys for Plaintiff*
                                         *The Nemours Foundation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 5, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 5, 2007, I have Electronically Mailed the document to the following person(s):

James H. Donoian
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
donoianj@gtlaw.com

C. Michael Deese, Esq.
Howe & Hutton, Ltd.
1901 Pennsylvania Ave., N.W.
Suite 1007
Washington, DC 20006
cmd@howehutton.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

806782 / 31117